**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 14 MM 2024

       Respondent            :

           v.                  :

ZACHARY JOHN MITCHELL,          :

       Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 26th day of July, 2024, the Application for Extraordinary Relief is DENIED.